# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 5:24-MJ-5121-MAS
Priority Mail Express envelope EI 952 067 183 US to ▆▆▆  )
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆  )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A

located in the _____Eastern_____ District of _____Kentucky_____, there is now concealed *(identify the person or describe the property to be seized)*:

Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1028(a)(2) | knowing transfer or attempt to transfer identity documents and/or authentication features that were stolen or produced without lawful authority |

The application is based on these facts:
See Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Kyle Erhardt
*Applicant's signature*

Kyle Erhardt, SA USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means)*.

Date: 03/25/2024

*Matthew A. Stinnett (signature)*
*Judge's signature*

City and state: Lexington KY

Matthew A. Stinnett
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Kyle Erhardt, being duly sworn, depose and state the following:

1. I am a "law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and currently assigned to the Lexington, Kentucky field office. I have been employed as a Postal Inspector since 2007, and prior to that I was employed as a Uniformed Division Officer with the United States Secret Service, in Washington, D.C.

2. As a Postal Inspector, I am responsible for investigating violations of federal law occurring within the Eastern District of Kentucky, and specifically violations of federal law involving the use of the United States Mails. I have attended various law enforcement training academies, including the Federal Law Enforcement Training Center (FLETC), the Secret Service's James J. Rowley Training Center, and the Postal Inspection Service's Career Development Division. As a Postal Inspector, I have directed and participated in investigations that have led to the conviction of persons using the U.S. Mails to commit and to facilitate violations of federal law.

3. From my training and experience as a Postal Inspector, I know the following:

   a. that the United States Mails, and in particular the Priority Mail Express and Priority Mail delivery services offered by the United States Postal Service, are frequently used as means by which to commit and facilitate the illegal distribution of counterfeit identity documents that are controlled under federal law.

b. that with the Priority Mail Express and Priority Mail delivery service, the United States Postal Service provides the sender with a guaranteed delivery time of one to three days, depending on the location and time at which the sender deposits the package with the United States Postal Service, and that the sender and recipient or whomever is given the tracking number is then able to track the package online by its uniquely assigned tracking number from the time it is accepted by the United States Postal Service until the time it is delivered by the United States Postal Service.

c. the prices of these services are flat rate with a Priority Mail Express envelope costing approximately $28.00 regardless of the weight. Although small items could be shipped in a regular First-Class envelope at a much lower price, the guaranteed delivery time and tracking of the Express mail service makes the cost worth it to individuals who are shipping to a customer.

4. I am submitting this affidavit because I have probable cause to believe that evidence of criminal offenses related to violations of 18 U.S.C. § 1028(a)(2), the knowing transfer and attempted transfer of identification documents and/or authentication features that are stolen or that have been produced without lawful authority, will be located within the Priority Mail Express envelope with tracking number EI 952 067 183 US that is addressed to ███████████████████████████ Riverside, CA 92509 with a return address in the name of ███████████████████████ ███████ (hereinafter "Express Mail Package"). I submit this application and affidavit in support of a search warrant authorizing a search of the Express Mail Package, as further described in Attachment A, incorporated herein by reference, which is located in the

2

Eastern District of Kentucky. The items to be seized are described in Attachment B.

5. This affidavit is submitted solely for the limited purpose of establishing probable cause to search the Express Mail Package for evidence of the above-described violation of federal law, and therefore contains only a summary of the relevant facts. I have not included every fact known by me in connection with this investigation. The statements contained in this affidavit are based on my personal knowledge, information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit, and my review of records maintained by PNC Bank and the USPS.

## PROBABLE CAUSE

6. In October of 2022, ███████████, a retail clerk for the United States Postal Service in Lexington, KY, contacted the USPIS Lexington Domicile regarding a customer who had mailed six Priority Mail Express envelopes to various addresses in or around ███████████. Of these six envelopes, one was not properly sealed and when ██████ handled it, a coloring book fell out which contained a Social Security card, a driver's license, and a Permanent Resident card. ██████ stated she recognized the Permanent Resident card from her experience working at the USPS Passport Office, where she routinely handled these identification cards, when processing passport applications. ██████ told the Postal Inspector that she put the documents and coloring book back inside the envelope and properly sealed it. The Postal Inspector who took ██████'s information took photos of the six envelopes that ██████ indicated had been mailed by the customer. ██████ then mailed the six envelopes as the customer had intended.

3

7. The delivery addresses of the packages included: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ These mailings also used several return addresses in Lexington, KY and several names to include ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Based on my training and experience, I know that different and fictitious names and addresses are often used by individuals mailing contraband in an attempt to elude law enforcement should the packages be intercepted even when the packages are all mailed in the same batch or from the same post office.

8. I interviewed ▓▓▓▓▓▓ about the incident on January 3, 2024, she stated the individual who mailed the Priority Mail Express envelope in October 2022 was a regular customer who had mailed numerous envelopes on several previous occasions. Further, by speaking with other clerks, ▓▓▓▓▓▓ learned this customer was known to them as well. ▓▓▓▓▓▓ stated she was told that this customer had been mailing so many Priority Express Envelopes at Gardenside Post Office, at a cost of approximately $28 each, that one of the Gardenside clerks asked him what he was mailing. According to ▓▓▓▓▓▓, the customer replied he was mailing "coloring books," which seemed suspicious, given the cost of postage for each mailing. ▓▓▓▓▓▓ described this customer as a Hispanic male, in his mid-40's, with short dark hair. When she last saw him, he did not have any facial hair. She further described him as approximately 5'3" tall and average to slightly above average weight. ▓▓▓▓▓▓ added he spoke with an accent.

9. On November 28, 2023, the USPIS was alerted that the same customer that ▮ had discussed with the Postal Inspector in October 2022, had mailed two more Priority Mail Express envelopes to various addresses in or around ▮ from the Main Post Office in Lexington. These packages used a different return address, ▮, from the packages that ▮ had handled for him in October of 2022, and also used a different return name, ▮.

10. On December 6, 2023, the USPIS was again notified that on the previous day, December 5, 2023, the same customer had mailed an additional seven envelopes to addresses in ▮. The return address on these envelopes was ▮, and ▮ was the return name that was used. ▮ who handled the transaction, confirmed it was the same person who had mailed the identity documents last year and stated that although he routinely paid with cash, he used a debit/credit card to pay for this transaction.

11. Through USPS records, I was able to obtain the method of payment for the December 5, 2023, transaction. This transaction, which totaled $201.25, was paid for with a PNC Bank debit card. PNC Bank records related to this debit card account revealed the sole name on the account to be that of Nilo Aguirre, with a current mailing address of ▮ Further research showed this debit card had been used to purchase postage for 252 Priority Mail Express or Priority Mail envelopes from July 17, 2023, until December 7, 2023. The postage for these 252 transactions totaled $7,133.05. Of these 252 mailings, 206 were sent to various locations in Georgia, primarily in the ▮. The additional 46 packages were mailed to

5

locations in Arkansas, Arizona, Florida, Indiana, Kentucky, Michigan, North Carolina, Nevada, Ohio, South Carolina, Tennessee, and Texas. Based on my training and experience, I know that identity document vendors and/or those who assist in the creation and transfer of identity documents or fraudulent identity documents will ship the documents through the U.S. Mail to states different from the ones in which they reside.

12. On December 20, 2023, I was contacted by ▮▮▮▮▮, a supervisor at the Gardenside Station Post Office. ▮▮▮ stated Gardenside had received four Priority Mail Express envelopes that were suspected to have been mailed by the same customer that had mailed the others. ▮▮▮ explained his office had come in possession of these envelopes when they were returned to sender for reasons such as "Unclaimed," "Insufficient Address," and "Attempted Unknown." ▮▮▮ additionally added that these envelopes could not be returned to sender due to "bad" return addresses; therefore, they would be sent to the USPS Mail Recover Center for potential destruction, should the USPIS not want to take possession of them.

13. On this same date, I met with ▮▮▮ at the Gardenside Station Post Office and took possession of these envelopes. Upon review, all four of these envelopes were addressed to locations in or around ▮▮▮▮▮▮▮, one of which had a delivery address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and another had a delivery address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. These two addresses were similar to those in the batch of mailings that ▮▮▮▮▮ had seen contained identity documents, but the lot number for the ▮▮▮▮▮ address and the street and unit number for the ▮▮▮▮▮▮▮ address were different. Three of the envelopes had

6

return addresses of either ▮▮▮▮▮, and used a return name of either ▮▮▮▮▮. The fourth envelope had a return address of ▮▮▮▮▮, and a return name of ▮▮▮▮▮. The envelopes had been mailed on September 20, 2023, November 16, 2023, and November 25, 2023. The postage for two of these envelopes was purchased using Aguirre's PNC debit card. I investigated the return addresses, and they are not valid addresses, which is consistent with my training and experience that individuals attempting to distance themselves from packages that contain contraband will use fictitious addresses.

14. On January 5, 2024, ▮▮▮▮▮ contacted me and stated the customer had just mailed six Priority Mail Express envelopes, paying with cash, at the Main Post Office in Lexington, KY. ▮▮▮▮▮ was instructed to hold one of the envelopes for further investigation and to allow the other five envelopes to proceed in the mail stream. The envelope that was held was a Priority Mail Express envelope with tracking number EI 095 758 646 US that was addressed to ▮▮▮▮▮ with a return address in the name of ▮▮▮▮▮. This return name and address is the same as one of the packages seized on December 20, 2023, and had been determined to be fictitious. Further, the delivery address of ▮▮▮▮▮ is similar to previous envelopes mailed in October of 2022 and September of 2023 with the only difference being the lot number. On January 8, 2024, I took possession of this package.

15. Also on this date, I received search warrants for the four Priority Mail Express packages that I had taken possession of on December 20, 2023. Upon executing these

7

warrants on January 9, 2024, they were each discovered to contain a coloring book with an envelope inside of it. Inside each envelope was a Social Security card and a Permanent Resident card. The names on each of these documents matched the addressee name on each of the envelopes.

16. On January 9, 2024, a search warrant was issued for an additional Express mail package that had been mailed on January 5, 2024. This package was to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with a return address in the name of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Upon executing the search warrant, the package was discovered to contain a coloring book with an envelope inside of it. Inside each envelope was a Social Security card and a Permanent Resident card. The name on each of these documents matched the addressee name on the Express Mail envelope.

17. Since February 2, 2024, I have been receiving tracking data on a vehicle that Aguirre drives as a result of a court-authorized search warrant for that data. On March 21, 2024, while reviewing GPS tracker data, I recognized a recent stop was made at the USPS Gardenside Station. I based my determination that the vehicle was at the Gardenside Station on a geofence that I had previously created around the shopping center containing Gardenside Station and its adjacent parking lot. The stop was for only 8 minutes. On this same date, I visited the Gardenside Station and spoke with Clerk ▮▮▮▮▮▮▮ and inquired whether anyone had recently mailed an Express Mail envelope and ▮▮▮ confirmed she had received one. At this time, I took possession of the Express Mail envelope bearing tracking number EI 952 067 183 US. A review of records

8

revealed the timing of the mailing coincided with the time the tracker data indicated that Aguirre's vehicle was at the post office. ▮ indicated that the customer, who she described as a Hispanic female, weighing approximately 200 lbs and in her mid-forties, had mailed the Express Mail envelope. The Express Mail envelope has a similar heft and feel as the Express Mail envelopes that have previously been found to have contained fraudulent identification documents inside of coloring books and mailed by Aguirre.

18. Based on the information contained in this Affidavit, I have probable cause to believe that fraudulent identity documents are contained in the Express Mail Package, and that such items are evidence of a violation of 18 U.S.C. § 1028(a)(2), and are otherwise contraband and illegally possessed.

## REQUEST FOR SEALING

I further request that the Court order that all papers in support of this application, including the affidavit, attachments, search warrant, and requisite inventory notice be sealed until further order of the Court. Sealing is necessary because the items and information to be seized are relevant to an ongoing investigation and premature disclosure of the contents of this Affidavit and related documents may have a negative impact on this continuing investigation and may jeopardize its effectiveness. *See also* 18 U.S.C. § 3509(d)(2). Accordingly, there is good cause to seal these documents because their premature disclosure may jeopardize the investigation, including by giving targets an opportunity to destroy or tamper with evidence.

Respectfully submitted,

/s/ Kyle Erhardt
---
Kyle Erhardt
US Postal Inspector

Transmitted via email and attested to by telephone in accordance with Fed. R. Crim. P. 4.1 on this __25__ day of March 2024.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE

Attachment A

The "Express Mail Package" to be searched is a Priority Mail Express envelope with tracking number EI 952 067 183 US that is addressed to ▮▮▮▮▮ Riverside, CA 92509 with a return address in the name of ▮▮▮▮▮. According to U.S. Postal Service (USPS) delivery records, this envelope had a scheduled delivery date of March 22, 2024. It is currently located at the US Postal Inspection Service, Lexington Domicile, located at 1088 Nandino Blvd, Lexington KY 40511, in Eastern District of Kentucky.



11

## ATTACHMENT B

### Property to be Seized

All records relating to violations of 18 U.S.C. § 1028(a)(2) (the knowing transfer and attempted transfer of identification documents and/or authentication features that are stolen or that have been produced without lawful authority), including but not limited to, social security cards, drivers' licenses, passports, permanent resident alien cards (i.e. Green Cards), birth certificates, visas, government benefit documents, or other forms of identification and authentication features as that term is defined in 18 U.S.C. § 1028(d)(1).

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means        ☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail Express envelope EI 952 067 183 US to<br>■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■<br>■■■■■■■■■■■■■■■■■ | Case No. 5:24-MJ-5121-MAS |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Eastern____ District of ____Kentucky____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____April 8, 2024____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Matthew A. Stinnett____.
                                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **2:57 PM, Mar 25, 2024**            *(signature: Matthew A. Stinnett)*
                                                                                                          *Judge's signature*

City and state:   Lexington KY                                           Matthew A. Stinnett
                                                                                                *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return ||||
|---|---|---|---|
| Case No.: 5:24-MJ-5121-MAS | Date and time warrant executed: || Copy of warrant and inventory left with: |
| Inventory made in the presence of : ||||
| Inventory of the property taken and name(s) of any person(s) seized: ||||

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*